| | |
|---|---|
| ◆PROB 22 (Rev. 01/24) | **DOCKET NUMBER** *(Tran. Court)* <br> 2:16CR00580-002RB |

**FILED**
JUL 18 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Rec. Court)*
3:25-cr-00204 RFL

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Miguel Angel Rodriguez-Flores | New Mexico | Las Cruces |
| | **NAME OF SENTENCING JUDGE** <br> Robert C. Brack, Senior United States District Judge | |
| | **DATES OF PROBATION/ SUPERVISED RELEASE** | **FROM** 05/22/2023    **TO** 05/21/2028 |

**OFFENSE**
Count 1: 21 U.S.C. Sec. 846; Conspiracy to Violate 21 U.S.C. Sec. 841 (b)(1)(A)
Count 2: 21 U.S.C. Sec. 841 (b)(1)(A); Possession With Intent to Distribute 5 Kilograms and More of a Mixture and Substance Containing Cocaine
Count 3: 21 U.S.C. Sec. 841 (b)(1)(A); Possession With Intent to Distribute 1 Kilogram and More of a Mixture and Substance Containing Heroin

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
The defendant commenced his term of supervision in Northern District of California wherein he currently resides and has no intention on returning to District of New Mexico. Northern District of California is requesting Transfer of Jurisdiction to monitor the defendant supervision more effectively and efficiently.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ New Mexico _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

07.15.25
Date

*/s/ Robert Brack*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ Northern _____ DISTRICT OF _____ California _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

07-18-2025
Effective Date

United States District Judge